Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112-0085
T: 212.262.6900

William C. Rava (*pro hac vice forthcoming*)
Ryan J. McBrayer (*pro hac vice forthcoming*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
T: 206.359.8000

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH SCIBETTA and JOSEPH SCIBETTA, a/k/a BANKERS & BROKERS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>SLINGO, INC., and REALNETWORKS, INC.,<br><br>Defendants. | Civil Action No. 16-cv-8175-JMV-MF<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of

Defendants' Motion to Dismiss, the Defendants will move before the Honorable John Michael

133830895.1

- 2 -

Vasquez, United States District Judge for the District of New Jersey on <u>January 17, 2017</u> for an Order granting Defendants' Motion to Dismiss.

Dated:  December 12, 2016
New York, New York

        Respectfully submitted,

        PERKINS COIE LLP

        <u>*/s/ Jeffrey D. Vanacore*</u>
        Jeffrey D. Vanacore, Esq.
        PERKINS COIE LLP
        30 Rockefeller Plaza, 22nd Floor
        New York, NY 10112
        Tel.  212.262.6912
        Fax. 212.977.1642
        JVanacore@perkinscoie.com

        William C. Rava (*pro hac vice forthcoming*)
        Ryan J. McBrayer (*pro hac vice forthcoming*)
        PERKINS COIE LLP
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101
        Tel:. 206.359.8000
        Fax:: 206.359.9000

        *Attorneys for Defendants*