Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112-0085
212.262.6900

William C. Rava (*pro hac vice forthcoming*)
Ryan J. McBrayer (*pro hac vice forthcoming*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
206.359.8000

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH SCIBETTA and JOSEPH SCIBETTA, a/k/a BANKERS & BROKERS, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>SLINGO, INC., and REALNETWORKS, INC.,<br><br>Defendants. | Civil Action No. 16-cv-8175-JMV-MF<br><br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the Defendants' Motion to Dismiss the Complaint, and after considering the Plaintiffs' response, and all other pleadings and papers in this matter, and upon a hearing having been held on January 17, 2017, it is

133830897.1

- 2 -

**ORDERED**, that the Complaint is hereby dismissed with prejudice in its entirety, and it is further

**ORDERED**, that the Clerk of the Court is instructed to close this case.

_____
United States District Court Judge