Jeffrey D. Vanacore
Perkins Coie LLP
30 Rockefeller Plaza
New York, NY  10112
212.262.6900

William C. Rava (*pro hac vice forthcoming*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
206.359.8000

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH SCIEBETTA and JOSEPH SCIBETTA, a/k/a BANKERS & BROKERS, a sole proprietorship,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SLINGO, INC. and REALNETWORKS, INC.,<br><br>    *Defendants* | Civil Action No. 16-cv-08175 (JMV/MF)<br><br>**DECLARATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants SLINGO, INC. and REALNETWORKS, INC., through its counsel, certifies to the following:

REALNETWORKS, INC. is a publicly-traded Washington corporation (RNWK on Nasdaq).  No publicly held company owns 10% or more of the stock of RealNetworks, Inc. SLINGO, INC. is wholly-owned by RealNetworks, Inc.

133751094.1

Dated: December 12, 2016
       New York, New York

                                               Respectfully submitted,

*/s/ Jeffrey D. Vanacore*
Jeffrey D. Vanacore
Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
New York, New York   10112-0085
212-262-6900
Email: JVanacore@perkinscoie.com

William C. Rava (*pro hac vice forthcoming*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
206.359.8000

*Attorneys for Defendants*